

Name: Jason Elaurza
Mailing Address: 7200 W. Picture Rocks Rd.
Tucson AZ [85743]
Representing Self, without a Lawyer

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Jason Eluarza, by next friend and Article IV Private Attorney General, Chris Magis Nero©,
Plaintiff,
v.
Jan Lesher, Spencer Potrie, Selena Barajas, and Wayne E. Yehling, in their private capacities,
Defendants.

Case No: CV-25-00413-TUC-RM

**VERIFIED CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. §§ 1983, 1985, and ARTICLE IV**

COMES NOW, Jason Elaurza, by next friend and living witness Chris Magis Nero©, a Private Attorney General under Article IV authority, to bring this Verified Complaint for violations of constitutional rights, civil rights, and due process under color of law committed by the named Defendants acting in collusion within Pima County, Arizona.

1. Plaintiff Jason Elaurza is a lawful tenant in possession of real property located in Picture Rocks, Arizona, holding peaceful and uncontested occupancy under a lease agreement. Plaintiff is under coercive threat and psychological duress resulting from coordinated actions to unlawfully remove him without lawful writ, notice, or judicial process.

2. Defendant Jan Lesher is a Pima County Supervisor who participated in backchannel communication with a Sheriff's Sergeant Barajas, allegedly at the instruction of a Superior Court Judge, to pressure Plaintiff's removal. This occurred without notice, hearing, or lawful authority.

3. Defendant Spencer Potrie was a party to this communication. A recorded call exists where Defendants discussed bypassing legal eviction procedures to coerce Plaintiff's departure. This constitutes color of law violation and conspiracy under 42 U.S.C. § 1985.

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2025, a true and correct copy of the following documents:

1. VERIFIED CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § § 1983, 1985, and ARTICLE IV

were served upon the following party by certified mail, return receipt requested, and/or by email pursuant to Arizona Rules of Civil Procedure:

Jan Lesher
Pima County Administrator
130 W. Congress
Tucson, AZ 85701

WAYNE E. YEHLING
PIMA COUNTY SUPERIOR COURT
110 W. Congress St.
Tucson AZ 85701

Copies also filed with:
Clerk of the District Court
United States District Court
405 W Congress St,
Tucson, AZ 85701

Executed this 21st day of July, 2025.

By: *Chris Magis Nero*
Chris Magis Nero©,
Postmaster, FPO-7200 TM
c/o PMB 26096
1501 S. Cherrybell Stravenue
Tucson, Arizona [85726-9998]
CHRISTOPHER KARLS SISNEROS ESTATE
Private Fiduciary / Trust - Arizona

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2025, a true and correct copy of the following documents:

1. VERIFIED CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. §§ 1983, 1985, and ARTICLE IV

were served upon the following party by certified mail, return receipt requested, and/or by email pursuant to Arizona Rules of Civil Procedure:

Jan Lesher
Pima County Administrator
130 W. Congress
Tucson, AZ 85701

WAYNE E. YEHLING
PIMA COUNTY SUPERIOR COURT
110 W. Congress St.
Tucson AZ 85701

Copies also filed with:
Clerk of the District Court
United States District Court
405 W Congress St,
Tucson, AZ 85701

Executed this 21st day of July, 2025.

By: _Chris Magis Nero._
Chris Magis Nero©,
Postmaster, FPO-7200 TM
c/o PMB 26096
1501 S. Cherrybell Stravenue
Tucson, Arizona [85726-9998]
CHRISTOPHER KARLS SISNEROS ESTATE
Private Fiduciary / Trust - Arizona

4